**NACMIAS LAW FIRM PLLC**

592 PACIFIC STREET. 1ST FLOOR
BROOKLYN, NY 11217
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

March 7, 2024

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007
(212) 805-0236
GarnettNYSDChambers@nysd.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/08/2024

Re:   VOLFMAN v. MERCER F&B LLC d/b/a SARTIANO'S and PHILLIP & HUYLER LLC
      **DOCKET NO. 1:23-cv-09079**

Dear Judge Garnett,

The undersigned represents Joseph Volfman, the plaintiff in the above-referenced matter. I write to request an adjournment of the initial pretrial conference and extension of time to submit a joint proposed case management plant and scheduling order. This is plaintiff's first request for this relief.

An initial pretrial conference is scheduled for March 14, 2024. On March 1, 2024, defendant, MERCER F&B LLC, insurance carrier reached out to our office and informed plaintiff they are currently assigning counsel for representation in this action. The undersigned therefore respectfully requests that Your Honor allow the parties thirty (30) days in order to allow the insurance carrier to assign counsel and for the defendants to appear on this case.

Thank you for your time and consideration on this matter.

Respectfully,

Andre Autz, Esq.
Nacmias Law Firm, PLLC
592 Pacific Street, 1st Floor
Brooklyn, NY 11217
aautz@nacmiaslaw.com
917-602-6057

---

Application GRANTED. The Initial Pretrial Conference is hereby adjourned to **April 18, 2024 at 3:00p.m.** The parties are hereby ORDERED to file on ECF a joint letter and proposed Civil Case Management Plan and Scheduling Order in accordance with Rule II(A)(5) of the Court's Individual Rules **no later than one week before the Initial Pretrial Conference.**

SO ORDERED. Dated March 8, 2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE